# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| CASS LEE BUTTERSWORTH, | : |
| Plaintiff | : |
| vs. | : |
| | : 1:05-CV-83 (WLS) |
| JIMMIE T. CAMP, J. BROWN MOSLEY, JOSEPH E. MULHOLLAND, ANNIE DORIS HOLDER, and KRISTI M. CARMAN, | : |
| Defendants. | : |

## O R D E R

Plaintiff has requested this court to appoint counsel to assist him with his civil complaint brought pursuant to 42 U.S.C. § 1983. Generally speaking, no right to counsel exists in civil rights actions. *See Wahl v. McIver,* 773 F.2d 1169, 1174 (11th Cir. 1986). It is a privilege that is justified only by exceptional circumstances. *Lopez v. Reyes,* 692 F.2d 15, 17 (5th Cir. 1982).

Further, the undersigned, in a separate document, has today recommended that plaintiff's complaint be dismissed in its entirely for the reasons stated therein. Should that recommendation not be adopted by the United States District Judge to who this matter has been assigned, the court on its own motion will consider appointing legal counsel for the plaintiff if and when it becomes apparent that legal assistance is required in order to avoid prejudice to his rights. Accordingly, at the present time, the plaintiff's motion for appointment of counsel is **DENIED.**

SO ORDERED, this 15th day of December 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE