IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| CASS LEE BUTTERWORTH, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | 1:05-CV-83 (WLS) |
| : | |
| JIMMIE T. CAMP, J. BROWN MOSELEY,: | |
| ET. AL., : | |
| : | 42 U.S.C. § 1983 |
| Defendant. : | |
| _____: | |

**O R D E R**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 13), filed December 15, 2005. It is recommended that Plaintiff's complaint be dismissed. Plaintiff has filed an untimely objection to the Report and Recommendation. (Doc. No. 14).

In his objection to the recommendation, Plaintiff continues essentially to make the same arguments that he made before the Magistrate Judge. Plaintiff's main argument before the Magistrate Judge and in his objection is that there was an agreement between state officials not to prosecute the inmates that attacked him because he has filed at least one previous § 1983 complaint against prison officials. Plaintiff also argues that the Magistrate Judge is somehow biased or prejudiced against Plaintiff, without providing any basis to support such an argument. None of his arguments address the merits of the Magistrate Judge's recommendation. Therefore, the Court rejects and overrules Petitioner's objections. (Doc. No. 14).[1]

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for

---

[1]. As noted previously, Plaintiff's objection was filed after the 10 day deadline. Even so, the Court chose to address said objections on the merits. This is not to suggest that the Court will overlook future untimely filings. Plaintiff is not exempted from complying with the rules and order of the Court.

reason of the findings and reasons set out therein, together with the findings made, reasons stated and conclusions reached herein. Accordingly, Plaintiff's complaint for damages (See Doc. No. 7) is **DISMISSED.**

    SO ORDERED, this   20th   day of June, 2006.

                                              /s/W. Louis Sands
                                          **W. Louis Sands, Chief Judge**
                                          **United States District Court**